## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TYSHAUN ST. VALLIER,                  :
                                      :          Civil Action No. 13-6118 (SDW)
                    Petitioner,       :
                                      :
              v.                      :          **MEMORANDUM ORDER**
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                    Respondent.       :

IT APPEARING THAT:

1.  Petitioner, Tyshaun St. Vallier, filed the instant motion to vacate his sentence under 28 U.S.C. § 2255 on October 3, 2013.   (ECF No. 1).

2.  Following certain motions in his criminal case, Petitioner filed a motion to file a supplemental pleading raising additional claims on or about January 26, 2015.   (ECF No 21).

3.  This Court granted that motion on May 21, 2015.   (ECF No. 30).

4.  Following several continuances, the United States filed a response to Petitioner's motion to vacate on September 11, 2015.   (ECF No. 34).   Petitioner's reply was therefore initially due thirty days later on October 11, 2015.

5.  On September 17, 2015, Petitioner requested an extension of time within which to file his reply to the Government's response.   (ECF No. 35).   This Court granted that request on September 24, 2015, and Petitioner was therefore given until October 27, 2015, to file his reply brief.   (*Id.*).

6.  On October 23, 2015, Petitioner submitted a second request for an extension of time within which to file his reply brief.   (ECF No. 36).   In his letter request, Petitioner notes that the

1

Government's response includes a sixty-seven page brief and some nine hundred pages of record. (*Id.*).   Petitioner therefore requests an additional thirty day extension of time as the extensive record includes numerous documents to which he did not previously have access that he must incorporate into his reply brief.   (*Id.*).   Given the extensive record and numerous claims at issue in this motion, Petitioner has shown good cause for the granting of an extension of time.

IT IS THEREFORE on this 29th day of October, 2015,

ORDERED that Petitioner's request for an extension of time within which to file his reply brief is GRANTED; and it is further

ORDERED that Petitioner shall file his reply brief within thirty (30) days of the date of this Order; and it is finally

ORDERED that the Clerk of the Court shall serve this Order on Plaintiff by regular mail and upon Respondent electronically.

    *s/ Susan D. Wigenton*
Hon. Susan D. Wigenton,
United States District Judge